E-FILED
Tuesday, 08 February, 2011 10:58:22 AM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
### PEORIA DIVISION

| | | |
|---|---|---|
| RAY CHARLES SPIVEY, | ) | |
| Petitioner, | ) ) ) | |
| v. | ) ) | Case No. 10-cv-1050 |
| GUY PIERCE, *Warden, Pontiac Correctional Center,* | ) ) ) ) | |
| Respondent. | | |

## O P I N I O N  &  O R D E R

Before the Court is Petitioner Ray Charles Spivey's Motion for Reconsideration. (Doc. 22). In his Motion, Petitioner asks the Court to reconsider its Order and Opinion of January 12, 2011 (Doc. 20), in which it dismissed Petitioner's Petition for Writ of Habeas Corpus with prejudice because it was not timely filed. Petitioner argues that 1) his Petition was timely because he filed successive post-conviction petitions in state court to ensure that his claims were not procedurally defaulted, and 2) he is entitled to equitable tolling based upon an erroneous Illinois appellate court decision and/or his lack of legal expertise. (Doc. 12 at 1-2). The Court already considered and rejected these arguments in its Order and Opinion of January 12, 2011. (Doc. 20). Accordingly, Petitioner's Motion is DENIED.

Petitioner has also filed a Notice of Appeal (Doc. 23), in which he has included an application for certificate of appealability. This Court has already declined to issue such a certificate (Doc. 20 at 8-9), however Petitioner may renew

this request with the Seventh Circuit. FED. R. APP. PROC. 22(b)(1)(3). IT IS SO ORDERED.

CASE TERMINATED.

Entered this 8th day of February, 2011.

                                           s/ Joe B. McDade
                                           JOE BILLY McDADE
                                   United States Senior District Judge